Randy WHITEHEAD, Appellant,

v.

Lisa VAUGHN, Individually and in her capacity as Human Resource Manager with PepsiAmericas, Inc.; Brett Dingler, Individually and in his capacity as Regional Supervisor with PepsiAmericas, Inc.; Delta Beverage Group, Inc., doing business as PepsiAmericas, Inc., Appellees.

No. 07–1209.

United States Court of Appeals, Eighth Circuit.

Submitted: April 11, 2008.

Filed: April 16, 2008.

Josh Q. Hurst, Hurst & Morrissey, Hot Springs, AR, for Appellant.

David Palmer Jaqua, Jessica Anne Neal, Butler & Snow, Memphis, TN, for Appellees.

Before BYE, SMITH, and BENTON, Circuit Judges.

[UNPUBLISHED]

PER CURIAM.

Randy Whitehead appeals the district court's[1] dismissal with prejudice of his action raising claims related to the termination of his employment. Having carefully reviewed the record, we conclude that the dismissal with prejudice was proper for the reasons stated by the district court.

Accordingly, we affirm. *See* 8th Cir. R. 47B.

---

1. The Honorable Robert T. Dawson, United States District Judge for the Western District of Arkansas.